IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LARRY BENTON, JR., :
    Petitioner :
:
vs.                        CIVIL NO. 1:CV-09-2536
:
DAVID EBBERT, :
    Respondent :

*O R D E R*

AND NOW, this 23rd day of March, 2010, upon consideration of the report and recommendation of the magistrate judge (doc. 9), filed February 17, 2010, to which no objections were filed, and upon independent review of the record, it is ordered that:

1. The magistrate judge's report is adopted.

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied.

3. The Clerk of Court shall close this file.

                                               /s/William W. Caldwell
                                               William W. Caldwell
                                               United States District Judge